JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL THORVALD LAURSEN,<br><br>　　　　　Defendant. | NO. CR13-5634-RJB<br><br>ORDER FOR WITHDRAWAL AND<br>SUBSTITUTION OF COUNSEL |

The Court having considered the Motion for Withdrawal and Substitution of Counsel, and the accompanying Ex-Parte, Sealed Affidavit of Counsel.

NOW THEREFORE IT IS HEREBY ORDERED that the Federal Public Defender, and Assistant Federal Public Defender Linda Sullivan, are permitted to withdraw as defense counsel in this matter, and that new defense counsel shall be appointed to represent the defendant from the CJA panel.

Withdrawing counsel shall notify the CJA panel coordinator immediately of this order.

DONE this 10th day of December, 2013.

*[signature: Robert J Bryan]*

Robert J Bryan
United States District Judge

*Presented by:*

*s/ Linda R. Sullivan*
LINDA R. SULLIVAN
Attorney for Defendant

ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL