IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL T. LAURSEN,<br><br>Defendant. | No. CR13-5634RJB<br><br>ORDER GRANTING DEFENSE COUNSEL'S MOTION FOR CONTINUANCE OF TRIAL DATE |

THIS MATTER comes before the court on the Motion Defense Counsel for a Continuance of the Trial Date, now set for Monday, January 13, 2014 and the associated pretrial scheduling dates. The court having considered the reasons for the motion, the non objection by the United States, and the argument to counsel if any, and any statements from the defendant, hereby finds that, pursuant to 18 U.S.C. § 3161(h)(7)(A), reasons exist which determine that the ends of justice are served by a continuance and which outweigh the best interest of the public and the defendant in a speedy trial. Those reasons include the short period of time in which defense counsel has had the case, the need for review of discovery, investigation, negotiation with the government for pretrial resolution, and the need for pretrial motions. Under these facts, failure to grant the motion "... would likely to . . . result in a miscarriage of justice" (18 U.S.C. § 3161(h)(7)(B)(i)) and . . . deny counsel for the defendant

ORDER GRANTING CONTINUANCE OF TRIAL DATE  –
Page 1

**LAW OFFICE OF PAULA T. OLSON**
1008 Yakima Ave., Ste. 100
Tacoma, Washington 98405
Tacoma: (253) 627-1747
Facsimile: (253) 627-1757

... the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." 18 U.S.C. § 3161(h)(7)(A)(iv).   It is hereby

ORDERED that Defense Counsel's Motion for Continuance of the Trial Date is GRANTED.  The new trial date is March 24, 2014, at 9:30 a.m.  The Pretrial Conference is rescheduled for March 14, 2014, at 8:30 a.m.  All pretrial motions shall be filed no later than March 6, 014.

DATED this 3rd day of January, 2014.

_____
ROBERT J. BRYAN
United States District Judge

Presented by:

/S/ Paula T. Olson _____
PAULA T. OLSON, WSB#11584
Attorney for Defendant Laursen

**LAW OFFICE OF PAULA T. OLSON**
1008 Yakima Ave., Ste. 100
Tacoma, Washington 98405
Tacoma: (253) 627-1747
Facsimile: (253) 627-1757