Judge Robert J. Bryan

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL T. LAURSEN,<br><br>Defendant. | No. CR13-5634RJB<br><br>~~PROPOSED~~<br>ORDER GRANTING DEFENDANT'S MOTION TO SEAL DEFENDANT'S LETTER RE SENTENCING<br><br>NOTED: Thursday, November 6, 2014 |

THIS MATTER comes before the court on Defendant Michael T. Laursen's Motion to Seal his Letter Attached to his Sentencing Memorandum. For the reasons stated in the motion, it is hereby

ORDERED that Defendant Michael T. Laursen's Motion to Seal his Letter Attached to his Sentencing Memorandum is GRANTED.

DATED this 7th day of November, 2014.

_____
ROBERT J. BRYAN
United States District Judge

Presented by:

/S/ Paula T. Olson
Paula T Olson, WSB#11584
Attorney for Defendant Laursen

DEFENDANT'S MOTION TO SEAL – Page 1

LAW OFFICE OF PAULA T. OLSON
1008 South Yakima Avenue, Suite 100
Tacoma, Washington 98405
Tacoma: (253) 627-1747
Facsimile: (253) 627-1757